DE-SHAUN JOHNSON
1421 N JONES BLVD #478
LAS VEGAS, NEVADA 89108
(702) 695-1907
DESHAUNJOHNSON23@GMAIL.COM

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DE-SHAUN JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL MANAGEMENT SERVICES, LP,<br><br>    Defendant | Case No.: 2:26-cv-00472-MMD-NJK<br><br>**Order Granting Stipulation of Dismissal with Prejudice** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff De-Shaun Johnson appearing pro se, and Defendant Capital Management Services, LP by and through its undersigned counsel, hereby stipulation and agree that all claims asserted by Plaintiff against Defendant in the above captioned action are hereby dismissed with prejudice. Each party will bear their own costs and attorney's fees.

Dated this 22nd of May, 2026

By:/s/ De-Shaun Johnson          By: James K. Schultz

De-Shaun Johnson                 Shannon G. Splaine, Esq.
Plaintiff, Pro Se                LINCOLN, GUSTAFSON & CERCOS LLP
1421 N Jones Blvd #478           3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89108              Las Vegas, NV 89169

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

James K. Schultz, Esq.
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108

Attorneys for Defendant
CAPITAL MANAGEMENT SERVICES

IT IS SO ORDERED:

DATED: May 28, 2026 _____

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2